CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-182RSM |
| Plaintiff, | ORDER GRANTING MOTION TO SEAL DEFENDANT'S DISPOSITION MEMORANDUM |
| v. | |
| KELLY WHITE, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of defendant, Kelly White, to file Defendant's Disposition Memorandum under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file Defendant's Disposition Memorandum under seal.

DATED this 5 day of February, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Kyana Givens*
Assistant Federal Public Defender
Attorney for Kelly White

ORDER GRANTING MOTION
FOR TO SEAL DEFENDANAT'S
DISPOSITION MEMORANDUM
(*Kelly White*, CR16-182RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100