CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KELLY WHITE, <br><br> Defendant. | NO. CR16-00182RSM <br><br> ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER has come before the Court on a Motion for Early Termination of Supervised Release.

IT IS HEREBY ORDERED that defendant's Motion is granted, and the term of supervised release is terminated.

DATED this 8th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,
s/ *Jennifer Wellman*
Assistant Federal Public Defender
Attorney for Kelly White
Office of the Federal Public Defender

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Kelly White;* CR16-00182RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100